IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WIRELESS BUYBACKS, LLC | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 14-CV-1666 |
| | : |
| GO MOBILE, INC. | : |
| | : |
| Defendant | : |

**ORDER**

AND NOW, this    1st    day of December, 2014, upon consideration of Defendant Go Mobile's Motion for Partial Summary Judgment (Doc. No. 13), it is hereby ORDERED that the Motion is GRANTED and Judgment is entered in favor of Defendant and against Plaintiff as a matter of law on Count II of the First Amended Complaint and as to Plaintiff's claims for the recovery of attorneys' fees and punitive damages.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,        J.